IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: JFM-09-cv-1750 |
| SANDOZ INC. | ) ) ) |
| Defendant. | ) ) ) ) |

**GENZYME CORPORATION'S MOTION TO DISMISS COUNTS III AND IV OF SANDOZ INC.'S COUNTERCLAIM FOR LACK OF SUBJECT-MATTER JURISDICTION UNDER RULE 12(b)(1)**

Genzyme Corporation, through its undersigned counsel, moves this Court to dismiss Counts III and IV of Sandoz Inc.'s Counterclaim seeking Declaratory Judgment of Noninfringement and Invalidity of United States Patent No. 6,733,780. For the reasons set forth in the accompanying memorandum, Counts III and IV of Sandoz Inc.'s Counterclaim should be dismissed under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

Respectfully submitted,

                      KRAMON & GRAHAM P.A.

Dated: November 23, 2009      /s/ George E. Brown
                                       Geoffrey H. Genth (Bar No.: 08735)
                                       George E. Brown (Bar No.: 14681)
                                       KRAMON & GRAHAM P.A.
                                       One South Street
                                       Suite 2600
                                       Baltimore, MD 21202
                                       ggenth@kg-law.com
                                       gbrown@kg-law.com
                                       (410) 752-6030 Telephone
                                       (410) 539-1269 Facsimile

                                       *Attorneys for Plaintiff*
                                       *Genzyme Corporation*

<u>Of Counsel</u>

Scott K. Reed, Esquire
Filko Prugo, Esquire
Christopher E. Loh, Esquire
Brian O'Reilly, Esquire
Charlotte Jacobsen, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100 Telephone


FCHS_WS 4269236_1.DOC